# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN QUINN SINGLETON,<br><br>Plaintiff,<br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant. | Case No.  1:26-cv-02062-JLT-EGC<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 6) |

On May 4, 2026, Plaintiff filed a "Response to Order to Show Cause." (Doc. 6).  In light of Plaintiff's representation that he "does not seek to further prosecute this action" and "does not oppose dismissal of this action without prejudice," (*id.* at 2), the Court construes this filing as a Notice for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) notifying the Court that this case is voluntarily dismissed without prejudice. (Doc. 6).  Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment.  As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i).  The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **May 6, 2026**          _____
UNITED STATES MAGISTRATE JUDGE